IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:

Brandon Robert Carlson

                      Debtor                      Case No: 15-20975-13

## CERTIFICATE OF SERVICE

I hereby certify on this date, May 27, 2015, the holder of the Domestic Support Obligation claim and the appropriate state agency were served a copy of the Initial DSO Letter via U.S. Mail.

Dated: May 27, 2015

s/W.H. Griffin, Chapter 13 Trustee

W.H. Griffin #08060
5115 ROE BLVD
SUITE 200
ROELAND PARK, KS 66205-2393
(913) 677-1311
(913) 432-7857 (Fax)
inquiries@13trusteekc.com

Brandon Robert Carlson
3420 Augusta Drive
Lawrence, KS 66047